IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLARENCE PRICE, JEFFERY BREWER                    PLAINTIFFS
AND ARSEEDRICK SMITH

VERSUS                                   CAUSE NO. 4:19-cv-075-SA-JMV

CITY OF SHELBY, MISSISSIPPI CHIEF
KENNETH HAMPTON, In his Official and
Individual Capacities; and JOHN DOES 1-5, In
Official and Individual Capacities                    DEFENDANTS

## ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the court on the joint oral motion of the parties to amend the [14] case management order. Having considered the motion and the relevant deadlines, for good cause shown, the court finds that the motion is well taken and should be GRANTED.

**IT IS HEREBY ORDERED** that certain deadlines in the court's case management order are extended follows:

1.    Plaintiff's experts must be designated by January 24, 2020;

2.    Defendant's experts must be designated by February 21, 2020;

3.    All discovery must be completed by March 13, 2020;

4.    All dispositive and *Daubert*-type motions challenging another party's expert must be filed by April 2, 2020.

Finally, as only four months now remain between the dispositive motions deadline and the trial date, the parties are forewarned that no further extensions shall be granted absent a trial continuance.

**SO ORDERED** this 4th day of December, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**