IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLARENCE PRICE, JEFFERY BREWER            PLAINTIFFS
and ARSEEDRICK SMITH

VS.            CIVIL ACTION NO.: 4:19-CV-75-SA-JMV

CITY OF SHELBY, MISSISSIPPI, et al.            DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, including all claims brought or that could have been brought by any party, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 7th day of February, 2020.

           /s/ Sharion Aycock
           UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

*/s/ Steven Todd Jeffreys*            */s/ G. Todd Butler*
STEVEN TODD JEFFREYS            G. TODD BUTLER

*/s/ Michael S. Carr*            *ATTORNEY FOR DEFENDANTS*
MICHAEL S. CARR

*ATTORNEYS FOR PLAINTIFFS*